**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7 Proceeding** |
| | ) | |
| **CORNHUSKER RBM, LLC,** | ) | **Case No. 13-26443** |
| | ) | |
| **Debtor.** | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant**

1. Name(s) of appellant: Raymond McGaugh

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditor and Party in Interest

**Part 2: Identify the subject of this appeal**

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:

    Denial of Motion for Leave to Conduct a 2004 Examination and for Documents and Order Denying for the Reasons Stated on the Record Motion to Alter or Amend Judgment/Order.

2.  State the date on which the judgment—or the appealable order or decree—was entered:

    December 14, 2023

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Joji Takada, Chapter 7 Trustee   Attorney: Zane Zielinski
   The Law Office of Zane L. Zielinski, P.C.
   6336 North Cicero Avenue, Suite 201
   Chicago, Illinois 60646
   773-877-3191

2. Party: Alan D. Lasko   Catherine L. Steege
   Jenner & Block LLP
   353 N. Clark Street
   Chicago, IL 60654-3456

|   |   |   |
|---|---|---|
|   |   | 312-923-2952 |
| 3. | Party: Alan D. Lasko & Associates P.C. | Catherine L. Steege<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>312-923-2952 |
| 4. | Party: Raymond McGaugh<br>McGaugh Law Group, LLC<br>227 West Monroe Street, Suite 2100<br>Chicago, Illinois 60606-6338<br>(312) 535-3149 | Raymond McGaugh<br>McGaugh Law Group, LLC<br>227 West Monroe Street, Suite 2100<br>Chicago, Illinois 60606-6338<br>(312) 535-3149 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**N/A**

**Part 5: Sign below**

Date:   December 27, 2023

**RAYMOND MCGAUGH**

By:   /s/ Raymond McGaugh
          Raymond McGaugh

Raymond McGaugh (ARDC No. 6199520)
McGaugh Law Group, LLC
227 West Monroe Street, Suite 2100
Chicago, Illinois 60606-6338
(312) 535-3149
raymondmcgaugh@rmcgaugh.com